(b) Intentionally setting prices purportedly on a competitive basis when such prices were the result of collusion;

(c) Instructing members of the conspiracy at the above-described meetings not to divulge the existence of the conspiracy to others not in the conspiracy;

(d) Treating cartel agreements and meetings as confidential and proprietary information;

(e) Establishing a secret process for arbitrating disputes over illegal agreements to maintain prices or restrict supply;

(f) Participating in meetings and conversations to monitor and enforce adherence to the agreed-upon price and supply agreements.

## VII. INJURY TO PLAINTIFFS

60. Defendants' combination and conspiracy have had the following effects, among others:

    (a)    The price of magnesite and magnesite products purchased by plaintiffs (and the plaintiff classes) has been fixed, raised, maintained and stabilized at artificial and non-competitive levels;

    (b)    Competition in the sale of magnesite and magnesite products has been restrained.

## VIII. THE NEED FOR INJUNCTIVE RELIEF

61. During the period covered by this Complaint, plaintiffs have purchased magnesite and magnesite products from defendants and/or are purchasers of magnesite and magnesite products requiring injunctive relief. By reason of the alleged violations of the antitrust laws, plaintiffs paid more for magnesite and magnesite products and substitute products than they would have paid in the

absence of the illegal combination and conspiracy, and as a result they have been injured and have suffered damages in an amount presently undetermined.

62.   It is in the public interest to enjoin the defendants from continuing to operate a conspiracy and combining to fix the prices of magnesite and magnesite products.

63.   Plaintiffs and the classes will continue to be injured by the defendants' ongoing conduct in violation of the antitrust laws of the United States in the absence of injunctive relief.

### IX.   PRAYER FOR RELIEF

WHEREFORE, Plaintiffs pray:

A.   That the Court determine that this action may be maintained as a class action pursuant to Rule 23(b)(3) of the Federal Rules of Civil Procedure and direct that reasonable notice of this action, as provided by Rule 23(c)(2) of the Federal Rules of Civil Procedure, be given to all members of the plaintiff classes;

B.   That the unlawful combination and conspiracy alleged herein be adjudged and decreed to be an unreasonable restraint of trade or commerce in violation of Section 1 of the Sherman Act, 15 U.S.C. § 1;

C.   That plaintiffs and each class member of the damages class recover three-fold their damages, as provided by law, determined to have been sustained by each of them (using such damage methodologies as may be appropriate at trial), and that joint and several judgments in favor of plaintiffs and the plaintiff classes be entered against defendants and each of them;

D.   That defendants be enjoined from continuing the currently ongoing unlawful combination and conspiracy alleged herein and other appropriate injunctive relief;

E.   That plaintiffs and the plaintiff classes recover their costs of this suit, including reasonable attorneys' fees, as provided by law; and

15

    F.    That plaintiffs and the plaintiff classes be granted such other, further and different relief as the nature of the case may require or as may be deemed just and proper by this Court.

## JURY DEMAND

Plaintiffs demand a trial by jury, pursuant to Rule 38(b) of the Federal Rules of Civil Procedure, of all issues triable of right by a jury.

Dated:     September 7, 2005

David S. Stone (DS8580)
Robert A. Magnanini (RM7356)
BOIES, SCHILLER & FLEXNER LLP
150 John F. Kennedy Parkway, 4th Floor
Short Hills, NJ 07078
Tel: (973) 218-1111
Fax: (973) 218-1106

Willie L. Hudgins, Jr.
John B. Brew
COLLIER SHANNON SCOTT PLLC
3050 K Street, NW
Washington, DC 20007
Tel: (202) 342-8586
Fax: (202) 342-8451

William A. Isaacson
Tanya S. Chutkan
BOIES, SCHILLER & FLEXNER LLP
5301 Wisconsin Avenue, NW, Suite 800
Washington, DC 20015
Tel.: (202) 237-2727
Fax: (202) 237-6131

Edmund W. Searby
Walter W. Noss
SCOTT + SCOTT, LLC
33 River Street
Chagrin Falls, Ohio 44022
Tel: (440) 247-8200
Fax: (440) 247-8275

16

# UNITED STATES DISTRICT COURT

District of New Jersey

Animal Science Products, Inc. and
Resco Products, Inc.

   V.

China National Metals & Minerals
Import & Export Corporation, et al.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

TO: **Minmetals, Inc.
120 Schor Avenue
Leonia, NJ 07605**

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY

an answer to the complaint which is served on you with this summons, within _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

_____  _____
CLERK                 DATE

_____
(By) DEPUTY CLERK