# EXHIBIT C

## CHART OF MAGNESITE PRICES BASED ON GOVERNMENT SURVEYS

| Country | Price Per Ton of Caustic-Calcinated Magnesia By Year[*] | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 |
| Australia | ------- | ------- | ------- | ------- | ------- | $487 | $357 | $356 | ------- | ------- |
| Brazil | ------- | ------- | ------- | ------- | ------- | ------- | $99 | $110 | ------- | ------- |
| Canada | $188 | $177 | $175 | $188 | $180 | $171 | $168 | $181 | $228 | $292 |
| China | $98 | $107 | $112 | $119 | $112 | $103 | $117 | $142 | $126 | $127 |
| Greece | $255 | $240 | $240 | $258 | $257 | $261 | ------- | $253 | $275 | ------- |
| Korea | ------- | ------- | ------- | ------- | ------- | ------- | ------- | $174 | ------- | ------- |
| Turkey | ------- | ------- | ------- | ------- | ------- | ------- | ------- | ------- | $413 | $434 |

---

[*] This calculation is based on data reported in the "Government Surveys" attached to the Amended Complaint. D.I. 77-2 at 17, 27, 37, 79 (Pl. Exhs. 3, 4, 5, 17); D.I. 77-4 at 8 (Pl. Exh. 19). The price per ton is calculated by dividing the total value in dollars by the total volume in tons.

| | Price Per Ton of Dead Burned & Fused Magnesia By Year[*] | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Country | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 |
| Australia | $246 | $262 | $225 | $198 | $205 | $237 | $303 | $520 | $347 | $345 |
| Austria | $491 | $576 | $459 | $394 | $411 | $489 | $527 | $507 | $584 | $557 |
| Brazil | $119 | $180 | $99 | $105 | ------- | ------- | $128 | | | |
| China | $109 | $127 | $129 | $149 | $142 | $161 | $208 | $213 | $187 | $231 |
| Greece | $168 | $168 | $184 | ------- | $387 | $213 | $189 | $213 | $261 | $335 |
| Hong Kong | $106 | $92 | $125 | $124 | $116 | $216 | $187 | $206 | ------- | ------- |
| Israel | $677 | $1176 | $735 | $622 | $766 | $2,216 | $1,855 | $2,070 | $1,884 | $1,918 |
| Korea | ------- | ------- | ------- | ------- | ------- | ------- | ------- | $223 | $515 | ------- |
| Japan | ------- | ------- | ------- | ------- | ------- | $1,664 | $1,575 | 1,441 | $824 | $1,767 |
| Mexico | ------- | ------- | ------- | ------- | ------- | $320 | $336 | $400 | $485 | $465 |
| Netherlands | ------- | ------- | ------- | ------- | ------- | $288 | $338 | ------- | ------- | ------- |

[*] This calculation is based on data reported in Table 7 of the "Government Surveys" attached to the Amended Complaint. D.I. 77-2 at 17, 27, 37, 79 (Pl. Exhs. 3, 4, 5, 17); D.I. 77-4 at 8 (Pl. Exh. 19). The price per ton is calculated by dividing the total value in dollars by the total volume in tons.