# EXHIBIT E

## THE WALL STREET JOURNAL.
### SMALL BUSINESS
Critical insight for businesses of every size.

Dow Jones Reprints: This copy is for your personal, non-commercial use only. To order presentation-ready copies for distribution to your colleagues, clients or customers, use the Order Reprints tool at the bottom of any article or visit www.djreprints.com

See a sample reprint in PDF format.       Order a reprint of this article now

## THE WALL STREET JOURNAL.
WSJ.com

BUSINESS | JUNE 8, 2009, 8:56 A.M. ET

# McDonald's Sales Rise 5.1%, Led by Demand Outside the U.S.

By TESS STYNES

McDonald's Corp.'s sales rose 5.1% last month as the fast-food chain continued to attract consumers amid the global recession and rising unemployment.

The fast-food chain has been a bright in the otherwise weak restaurant industry, as the battle for consumers intensifies. McDonald's has been outpacing U.S. fast-food rivals such as Burger King Holdings Inc. and Wendy's/Arby's Group Inc.

McDonald's global sales increase was tempered by a 2.8% rise in the U.S. The company said gains were held back by last year's introduction of the Southern Style Chicken Biscuit and Sandwich, though this year's results were aided by the introduction of new McCafe coffee beverages.

McDonald's expansive line of coffee beverages compete with Starbucks Corp. and other coffee shops. McDonald's said last month that the early coffee sales had exceeded expectations. McCafes are planned for Europe as well.

Overseas increases outpaced gains seen earlier this year, with Europe sales rising 7.6%. The U.S. growth, though, was less than earlier in the year.

For the second quarter, McDonald's said currency changes will reduce earnings by eight cents to nine cents a share. That will be partially offset by two cents to three cents in gains related to an Indonesia licensing transaction and the sale of Redbox Automated Retail LLC. The company plans to release second-quarter results July 23.

**Write to** Tess Stynes at tess.stynes@dowjones.com

Copyright 2009 Dow Jones & Company, Inc. All Rights Reserved
This copy is for your personal, non-commercial use only. Distribution and use of this material are governed by our Subscriber Agreement and by copyright law. For non-personal use or to order multiple copies, please contact Dow Jones Reprints at 1-800-843-0008 or visit www.djreprints.com