ROBINSON, WETTRE & MILLER LLC
Donald A. Robinson, Esq.
Leda Dunn Wettre, Esq.
One Newark Center, 19th Floor
Newark, New Jersey 07105
(973) 690-5400
DRobinson@rwmlegal.com
LWettre@rwmlegal.com

KRAMER LEVIN NAFTALIS & FRANKEL LLP
Nicholas L. Coch, Esq.
Jonathan S. Caplan, Esq.
Timothy J. Helwick, Esq.
Mark A. Baghdassarian, Esq.
1177 Avenue of the Americas
New York, New York 10036
(212) 715-9100

*Attorneys for Defendants Sinosteel Corporation, Sinosteel Trading Company and Liaoning Jiayi Metals & Minerals Co., Ltd.*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| ANIMAL SCIENCE PRODUCTS, INC. and RESCO PRODUCTS, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> CHINA NATIONAL METALS & MINERALS IMPORT & EXPORT CORP. et al., <br><br> Defendants. | CIVIL ACTION NO: 2:05-4376 (GEB)(ES) <br><br> Hon. Garrett E. Brown, Jr., U.S.D.J. <br><br><br> **ORDER** |
|---|---|

  THIS MATTER having been brought before the Court by defendants Sinosteel Corporation, Sinosteel Trading Company and Liaoning Jiayi Metals & Minerals Co., Ltd., by their attorneys, Robinson, Wettre & Miller LLC (Donald A. Robinson and Leda Dunn Wettre, Esqs., appearing) and Kramer Levin Naftalis & Frankel LLP (Nicholas L. Coch, Jonathan S.

Caplan, Timothy J. Helwick and Mark A. Baghdassarian, Esqs., appearing), by motion for an Order dismissing the First Amended Class Action Complaint pursuant to Federal Rule of Civil Procedure 12(b)(1) or, alternatively, abstaining from asserting jurisdiction over this matter for reasons of sovereign compulsion, act of state and international comity; and plaintiffs having opposed the motion; and the Court having considered the motion papers submitted by the parties; and good cause having been shown;

      IT IS on this _____ day of _____, 2009;

      ORDERED that defendants' motion to dismiss the First Amended Class Action Complaint is hereby GRANTED, with prejudice.

                                                    _____
                                                        Garrett E. Brown, Jr., U.S.D.J.