Robert J. Del Tufo
Shepard Goldfein
Michael L. Weiner
Thomas Pak
Sean M. Tepe
**Skadden, Arps, Slate, Meagher & Flom LLP**
Four Times Square
New York, New York 10036-6522
(212) 735-3000

*Attorneys for Defendants China Minmetals*
*Corporation and China National Minerals Co., Ltd.*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ANIMAL SCIENCE PRODUCTS, INC., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>CHINA NATIONAL METALS & MINERALS IMPORT & EXPORT CORPORATION, et al.,<br><br>Defendants. | Civil Action No. 05-4376 (GEB/ES)<br><br>**SECOND DECLARATION OF THOMAS PAK** |

I, Thomas Pak, declare pursuant to 28 U.S.C. § 1746 as follows:

1.      I am a Counsel with the law firm Skadden, Arps, Slate, Meagher & Flom LLP,

and I am counsel of record, *pro hac vice*, for Defendants China Minmetals Corp. and China

National Minerals Co., Ltd. (collectively, "CNM") in the above-captioned matter. I make this

declaration in support of CNM's motion to dismiss Plaintiffs' First Amended Class Action

Complaint. I have personal knowledge of the matters set forth herein, unless otherwise stated.

1

2.      Attached hereto as Exhibit A is a true and correct copy of a report from the U.S. General Accountability Office entitled *U.S.-China Trade: Eliminating Nonmarket Economy Methodology Would Lower Antidumping Duties for Some Chinese Companies* (Jan. 2006).  The report is also available at http://www.gao.gov/new.items/d06231.pdf.

3.      Attached hereto as Exhibit B is a true and correct copy of The Catalogue of Goods Subject to Export License Management for the years 2000 through 2009.  The Catalogues are promulgated in accordance with the Foreign Trade Law of the PRC and the Regulation of the PRC on the Administration of the Import and Export of Goods, Li Decl., Ex. 18 Art. 35. *See also* Mag. Decl., Ex. 23 Art. 11.  The Catalogues for the respective years are also available at http://vip.chinalawinfo.com/NewLaw2002/SLC/SLC.asp?Db=chl&Gid=26689 (2000); http://vip.chinalawinfo.com/NewLaw2002/SLC/SLC.asp?Db=chl&Gid=35051 (2001); http://vip.chinalawinfo.com/NewLaw2002/SLC/SLC.asp?Db=chl&Gid=40608 (2002); http://vip.chinalawinfo.com/NewLaw2002/SLC/SLC.asp?Db=chl&Gid=65965 (2003); http://vip.chinalawinfo.com/NewLaw2002/SLC/SLC.asp?Db=chl&Gid=50753 (2004); http://vip.chinalawinfo.com/NewLaw2002/SLC/SLC.asp?Db=chl&Gid=56278 (2005); http://wms.mofcom.gov.cn/aarticle/zcfb/c/200512/20051201251756.html?697733908=258027002 (2006); http://vip.chinalawinfo.com/NewLaw2002/SLC/SLC.asp?Db=chl&Gid=82829 (2007); http://vip.chinalawinfo.com/NewLaw2002/SLC/SLC.asp?Db=chl&Gid=112128 (2008); and http://vip.chinalawinfo.com/NewLaw2002/SLC/SLC.asp?Db=chl&Gid=112094 (2009).

4.      Attached hereto as Exhibit C is a true and correct copy of *Detailed Rules for the Implementation for Bids for Light (Dead) Burned Magnesite Export Quotas (for Trial Implementation)*, which has been previously submitted as Li Decl., Ex. 7.

2

5.       Attached hereto as Exhibit D is a true and correct copy of *Request for*

*Consultations by the United States*, a communication dated June 23, 2009 from the U.S. to the

People's Republic of China seeking dispute resolution through the World Trade Organization.

The *Request* is also available under the heading "China — Measures Related to the Exportation

of Various Raw Materials" at

http://www.wto.org/english/tratop_e/dispu_e/dispu_by_country_e.htm.


I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 16, 2009

_____
Thomas Pak