UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| ANIMAL SCIENCE PRODUCTS, INC., et al.<br><br>                       Plaintiffs,<br><br>v.<br><br>CHINA NATIONAL METALS & MINERALS IMPORT & EXPORT CORPORATION, et al.,<br><br>                       Defendants. | Civil Action No. 05-4376 (GEB/ES)<br><br>(Document filed electronically) |

**REPLY DECLARATION OF TIMOTHY J. HELWICK**

I, Timothy J. Helwick, hereby state as follows:

1. I am an attorney with the law firm Kramer Levin Naftalis & Frankel LLP, 1177 Avenue of the Americas, New York, New York 10036. I submit this Declaration in support of the Reply Memorandum of Defendants Sinosteel Corporation, Sinosteel Trading Company and Liaoning Jiayi Metals & Minerals Co., Ltd. in Support of Their Motion to Dismiss the Amended Complaint for Lack of Subject Matter Jurisdiction and/or on Grounds of Abstention.

2. Attached as Exhibit A is a true and correct copy of quarterly data for the years 2000 through 2007 of U.S. Imports for Consumption, HTS-25199010, obtained from the United States International Trade Commission Data Web, on October 15, 2009, at http://dataweb.usitc.gov/scripts/REPORT.asp.

I declare under penalty of perjury that the foregoing is true and correct.

Date: October 16, 2009
New York, New York

*/s/ Timothy Kilcullen/*