# EXHIBIT A

## HTS - 25199010: Fused magnesia; dead-burned (sintered) magnesia, whether or not cont. small quant. of other oxides added before sintering
### (Customs Value)/(First Unit of Quantity) by HTS Number and (Customs Value)/(First Unit of Quantity)
### for China

### U.S. Imports for Consumption

### Quarterly data for 2000

| HTS Number | Quantity Description | First Quarter | Second Quarter | Third Quarter | Fourth Quarter |
|---|---|---|---|---|---|
| | | *In Actual Dollars/Unit of Quantity* | | | |
| 25199010 Fused magnesia; dead-burned (sintered) magnesia, whether or not cont. small quant. of other oxides added before sintering | kilograms | 0.100 | 0.111 | 0.136 | 0.158 |

## HTS - 25199010: Fused magnesia; dead-burned (sintered) magnesia, whether or not cont. small quant. of other oxides added before sintering
### (Customs Value)/(First Unit of Quantity) by HTS Number and (Customs Value)/(First Unit of Quantity)
### for China

### U.S. Imports for Consumption

### Quarterly data for 2001

| HTS Number | Quantity Description | First Quarter | Second Quarter | Third Quarter | Fourth Quarter |
|---|---|---|---|---|---|
| | | *In Actual Dollars/Unit of Quantity* | | | |
| 25199010 Fused magnesia; dead-burned (sintered) magnesia, whether or not cont. small quant. of other oxides added before sintering | kilograms | 0.154 | 0.138 | 0.123 | 0.169 |

**HTS - 25199010: Fused magnesia; dead-burned (sintered) magnesia, whether or not cont. small quant. of other oxides added before sintering (Customs Value)/(First Unit of Quantity) by HTS Number and (Customs Value)/(First Unit of Quantity) for China**

**U.S. Imports for Consumption**

**Quarterly data for 2002**

| HTS Number | Quantity Description | First Quarter | Second Quarter | Third Quarter | Fourth Quarter |
|---|---|---|---|---|---|
| | | *In Actual Dollars/Unit of Quantity* | | | |
| 25199010 Fused magnesia; dead-burned (sintered) magnesia, whether or not cont. small quant. of other oxides added before sintering | kilograms | 0.118 | 0.136 | 0.146 | 0.158 |

**HTS - 25199010: Fused magnesia; dead-burned (sintered) magnesia, whether or not cont. small quant. of other oxides added before sintering (Customs Value)/(First Unit of Quantity) by HTS Number and (Customs Value)/(First Unit of Quantity) for China**

**U.S. Imports for Consumption**

**Quarterly data for 2003**

| HTS Number | Quantity Description | First Quarter | Second Quarter | Third Quarter | Fourth Quarter |
|---|---|---|---|---|---|
| | | *In Actual Dollars/Unit of Quantity* | | | |
| 25199010 Fused magnesia; dead-burned (sintered) magnesia, whether or not cont. small quant. of other oxides added before sintering | kilograms | 0.121 | 0.183 | 0.155 | 0.178 |

**HTS - 25199010: Fused magnesia; dead-burned (sintered) magnesia, whether or not**

### cont. small quant. of other oxides added before sintering
### (Customs Value)/(First Unit of Quantity) by HTS Number and (Customs Value)/(First Unit of Quantity)
### for China

### U.S. Imports for Consumption

### Quarterly data for 2004

| HTS Number | Quantity Description | First Quarter | Second Quarter | Third Quarter | Fourth Quarter |
|---|---|---|---|---|---|
| | | *In Actual Dollars/Unit of Quantity* | | | |
| 25199010 Fused magnesia; dead-burned (sintered) magnesia, whether or not cont. small quant. of other oxides added before sintering | kilograms | 0.189 | 0.191 | 0.234 | 0.213 |

### HTS - 25199010: Fused magnesia; dead-burned (sintered) magnesia, whether or not cont. small quant. of other oxides added before sintering
### (Customs Value)/(First Unit of Quantity) by HTS Number and (Customs Value)/(First Unit of Quantity)
### for China

### U.S. Imports for Consumption

### Quarterly data for 2005

| HTS Number | Quantity Description | First Quarter | Second Quarter | Third Quarter | Fourth Quarter |
|---|---|---|---|---|---|
| | | *In Actual Dollars/Unit of Quantity* | | | |
| 25199010 Fused magnesia; dead-burned (sintered) magnesia, whether or not cont. small quant. of other oxides added before sintering | kilograms | 0.211 | 0.202 | 0.194 | 0.247 |

### HTS - 25199010: Fused magnesia; dead-burned (sintered) magnesia, whether or not cont. small quant. of other oxides added before sintering

**(Customs Value)/(First Unit of Quantity) by HTS Number and (Customs Value)/(First Unit of Quantity)
for China**

U.S. Imports for Consumption

**Quarterly data for 2006**

| HTS Number | Quantity Description | First Quarter | Second Quarter | Third Quarter | Fourth Quarter |
|---|---|---|---|---|---|
| | | *In Actual Dollars/Unit of Quantity* | | | |
| 25199010<br>Fused magnesia; dead-burned (sintered) magnesia, whether or not cont. small quant. of other oxides added before sintering | kilograms | 0.173 | 0.191 | 0.194 | 0.187 |

**HTS - 25199010: Fused magnesia; dead-burned (sintered) magnesia, whether or not
cont. small quant. of other oxides added before sintering
(Customs Value)/(First Unit of Quantity) by HTS Number and (Customs Value)/(First Unit of Quantity)
for China**

U.S. Imports for Consumption

**Quarterly data for 2007**

| HTS Number | Quantity Description | First Quarter | Second Quarter | Third Quarter | Fourth Quarter |
|---|---|---|---|---|---|
| | | *In Actual Dollars/Unit of Quantity* | | | |
| 25199010<br>Fused magnesia; dead-burned (sintered) magnesia, whether or not cont. small quant. of other oxides added before sintering | kilograms | 0.196 | 0.201 | 0.220 | 0.321 |

Sources: Data on this site have been compiled from tariff and trade data from the U.S. Department of Commerce and the U.S. International Trade Commission.



## Download the Data to a Text File:
(Caution all values and quantities will be in single units)
Select a delimiter:

Tab
Comma (,)
Colon (:)
Semicolon (;)
Space ( )

Download File

How Do I Print Large Reports?

How do I Save My Report to a Spreadsheet?

## Query Parameters:

| User Name | LIBRARYGROUP |
|---|---|
| List Name | |
| Country List | ~~~~ |
| Display Data Field | #CONS_CUSTOMS_VALUE$CONS_FIR_UNIT_QUANT |
| Aggregation Level | 8 |
| Display Description | YES |
| Time-Line | Quarterly |
| Current Month | 08 |
| Current Year | 2009 |
| Current QTR | 02 |
| Scale In | 1 |

Return To Query Design Page

Return to Main Menu