ROBINSON, WETTRE & MILLER LLC
Donald A. Robinson, Esq.
Leda Dunn Wettre, Esq.
One Newark Center, 19th Floor
Newark, New Jersey 07105
(973) 690-5400
DRobinson@rwmlegal.com
LWettre@rwmlegal.com

KRAMER LEVIN NAFTALIS & FRANKEL LLP
Nicholas L. Coch
Jonathan S. Caplan
Timothy J. Helwick
1177 Avenue of the Americas
New York, New York 10036
(212) 715-9100

*Attorneys for Defendants Sinosteel Corporation,
Sinosteel Trading Company and Liaoning Jiayi
Metals & Minerals Co., Ltd.*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ANIMAL SCIENCE PRODUCTS, INC. and RESCO PRODUCTS, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> CHINA NATIONAL METALS & MINERALS IMPORT & EXPORT CORP. et al., <br><br> Defendants. | CIVIL ACTION NO: 2:05-4376 (GEB)(ES) <br><br> **CERTIFICATE OF SERVICE** |

     I hereby certify that all counsel of record were served today via CM/ECF with the Reply Memorandum Of Defendants Sinosteel Corporation, Sinosteel Trading Company and Liaoning Jiayi Metals & Minerals Co., Ltd. In Support Of Their Motion To Dismiss The First Amended Complaint For Lack Of Subject Matter Jurisdiction And/Or On Grounds Of Abstention and the

Reply Declaration of Timothy J. Helwick, Esq.

Dated: October 16, 2009                           <u>s/ Donald A. Robinson</u>
                                                  Donald A. Robinson