**Robinson, Wettre & Miller LLC**
Keith J. Miller
One Newark Center, 19th Floor
Newark, New Jersey 07102
(973) 690-5400
kmiller@rwmlegal.com

**Kramer Levin Naftalis & Frankel LLP**
Jonathan S. Caplan
Mark A. Baghdassarian
Geoffrey G. Hu
1177 Avenue of the Americas
New York, New York 10036
(212) 715-9000

*Attorneys for Defendants Sinosteel Corporation, Sinosteel Trading Co., Liaoning Jiayi Metals & Minerals Co., Ltd.*

**Skadden, Arps, Slate, Meagher & Flom LLP**
Shepard Goldfein
Thomas Pak
Sean M. Tepe
Four Times Square
New York, New York 10036
(212) 735-3000

*Attorneys for Defendants China Minmetals Corporation, China National Minerals Co., Ltd.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| ANIMAL SCIENCE PRODUCTS, INC., et al., Plaintiffs, | Civil No. 2:05-cv-04376 (KM) (MAH) |
| - v. - | **NOTICE OF MOTION TO DISMISS PLAINTIFFS' SECOND AMENDED CLASS ACTION COMPLAINT** |
| CHINA MINMETALS CORPORATION, et al., Defendants. | |

**TO: ALL COUNSEL OF RECORD**

PLEASE TAKE NOTICE that on February 17, 2015, or as soon thereafter as counsel can be heard, Defendants China Minmetals Corporation, China National Minerals Co., Ltd.,

Sinotsteel Corp., Sinosteel Trading Co., and Liaoning Jiayi Metals & Minerals Co., Ltd., by and through its undersigned counsel, shall move before the Honorable Kevin McNulty, to dismiss Plaintiffs' Second Amended Class Action Complaint pursuant to Federal Rules of Civil Procedure 12(b)(1) & 12(b)(6).

PLEASE TAKE FURTHER NOTICE that, in support of this Motion, the Defendants submit a Memorandum in Support of Motion to Dismiss Plaintiffs' Second Amended Class Action Complaint, the Declaration of Thomas Pak, and a Proposed Order.

Dated: January 20, 2015

Respectfully submitted,

**Skadden, Arps, Slate, Meagher & Flom LLP**

By: *s/ Shepard Goldfein*
Shepard Goldfein

Shepard Goldfein
Thomas Pak
Sean M. Tepe
Four Times Square
New York, New York 10036
(212) 735-3000

*Attorneys for Defendants China Minmetals Corporation, China National Minerals Co., Ltd.*

**Robinson, Wettre & Miller LLC**

By: */s/ Keith J. Miller*
Keith J. Miller

One Newark Center, 19th Floor
Newark, New Jersey 07102
(973) 690-5400

**Kramer Levin Naftalis & Frankel LLP**

Jonathan S. Caplan
Mark A. Baghdassarian
Geoffrey G. Hu
1177 Avenue of the Americas
New York, New York 10036
(212) 715-9000

*Attorneys for Defendants Sinosteel Corporation, Sinosteel Trading Co., Liaoning Jiayi Metals & Minerals Co., Ltd.*

**CERTIFICATE OF SERVICE**

I, Keith J. Miller, certify that on January 20, 2015, I caused a true and correct copy of the Notice of Motion to Dismiss Plaintiffs' Second Amended Class Action Complaint; Memorandum in Support of Motion to Dismiss Plaintiffs' Second Amended Class Action Complaint; Declaration of Thomas Pak; and proposed form of Order to be filed and served upon all counsel of record via CM/ECF.

*/s/ Keith J. Miller*
Keith J. Miller