# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **ANIMAL SCIENCE PRODUCTS, INC.,** and **RESCO PRODUCTS, INC.,** <br><br> Plaintiffs, <br><br> v. <br><br> **CHINA MINMETALS CORP., et al.,** <br><br> Defendants. | Civ. No. 2:05-cv-04376 (KM) <br><br><br> **ORDER** |

**THIS MATTER,** an antitrust case, having been filed in 2005 and extensively litigated, and the original and amended complaints having been dismissed;

**AND THE PARTIES**, on September 14, 2016, before the Court's scheduled delivery of an oral decision on the motion to dismiss the Second Amended Complaint, having jointly requested that decision be delayed in favor of settlement talks;

**AND THE PARTIES**, in December 2016, having consented to mediation;

**AND THE PARTIES**, in September 2017, having stipulated to dismissal with prejudice as against Intersource, Inc., Resco Products, Inc., China Minmetals Corp.; China National Minerals Co., Ltd.; Sinosteel Corp.; and Sinosteel Trading Co.;

**AND NO ACTIVITY OR COMMUNICATION** of any kind having appeared on the docket since September 2017;

**AND THE CLERK**, on May 22, 2019, having issued a call for dismissal pursuant to Loc. Civ. R. 41.1(a) (DE 193), returnable June 12, 2019;

**AND NO SHOWING OF GOOD CAUSE**, or any communication opr submission of any kind, having been received in response;

**AND THE MATTER HAVING BEEN CALLED**, but no party having appeared in Court on June 12, 2019;

**IT IS** this 13th day of June, 2019,

**ORDERED** that this case is **DISMISSED WITH PREJUDICE** as to all parties and claims that may remain, without fees or costs.

The clerk shall close the file.

_____
**Kevin McNulty**
**United States District Judge**